## GEORGE MASON UNIVERSITY FOUNDATION, INC., Plaintiff–Appellee,

v.

## Thomas W. MORRIS, in his individual capacity; Sharon Duncan, in her individual capacity, Defendants–Appellants.

No. 12–1606.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Thomas W. Morris, Sharon Duncan, Appellants Pro Se. Richard J. Cromwell, McGuirewoods, LLP, Norfolk, Virginia; Dana Gene Fitzsimons, Jr., McGuirewoods, LLP, Richmond, Virginia, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas W. Morris and Sharon Duncan seek to appeal the district court's order denying their motion to dismiss the complaint or, in the alternative, to transfer venue. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Morris and Duncan seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*